# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-02930-RGK-SK | Date | July 22, 2020 |
| Title | *ELIZABETH TICATO v. VELOCITY INVESTMENTS, LLC* | | |

| | | |
|---|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Plaintiff's Response to OSC (DE 18); OSC re: Untimely Answer**

On July 17, 2020, the Court issued an OSC re Lack of Prosecution as to Defendants Velocity Investments and Mandarich Law Group. On July 21, 2020, Plaintiff filed a timely response as to Velocity Investments, and Mandarich Law Group filed an Answer. Upon review of the filings, the Court hereby orders:

(1) The action against Velocity Investments will be dismissed for lack of prosecution unless one of the following is filed no later than **July 27, 2020**: (1) Velocity's Answer to the First Amended Complaint; (2) Notice of Voluntary Dismissal of Velocity; or (3) Request for Entry of Default as to Velocity.

(2) Defendant Mandarich Law Group's Answer was due on July 6, 2020. Mandarich did not file its Answer until July 21, 2020. Mandarich Law Group is ordered to show cause in writing why its Answer should not be stricken as untimely. The response shall be filed no later than **July 24, 2020**, and limited to **three (3) pages** in length.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer