UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-02930-RGK-SK | Date | July 23, 2020 |
|---|---|---|---|
| Title | *ELIZABETH TICATO v. VELOCITY INVESTMENTS, LLC* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Amended Order Re: Plaintiff's Response to OSC (DE 18); Amended OSC re: Untimely Answer**

On July 22, 2020, the Court issued an Order Re: Plaintiff's Response to OSC; OSC re: Untimely Answer. (DE 19.) The July 22 Order contained an error. Therefore, the Court hereby amends the July 22 Order as follows:

On July 17, 2020, the Court issued an OSC re Lack of Prosecution as to Defendants Velocity Investments and Mandarich Law Group. On July 21, 2020, Plaintiff filed a timely response as to **Mandarich Law Group**, and **Velocity Investments** filed an Answer. Upon review of the filings, the Court hereby orders:

(1) The action against **Mandarich Law Group** will be dismissed for lack of prosecution unless one of the following is filed no later than **July 28, 2020**: (1) **Mandarich's** Answer to the First Amended Complaint; (2) Notice of Voluntary Dismissal of **Mandarich**; or (3) Request for Entry of Default as to **Mandarich**.

(2) Defendant **Velocity Investments'** Answer was due on **June 22, 2020**. **Velocity** did not file its Answer until July 21, 2020. **Velocity Investments** is ordered to show cause in writing why its Answer should not be stricken as untimely. The response shall be filed no later than **July 25, 2020**, and limited to **three (3) pages** in length.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer