JS6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Tica,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Velocity Investments, LLC;<br>Mandarich Law Group, LLP; and<br>Does 1 through 5, inclusive.<br><br>　　　　Defendants, | Case No: 2:20-cv-02930 RGK (SKx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE |

Based upon the Parties' Joint Stipulation for Dismissal Of Action With Prejudice, and for good cause appearing, the Court GRANTS the Joint Stipulation For Dismissal. This action is, DISMISSED WITH PREJUDICE on the merits.

**IT IS SO ORDERED.**

DATED: 9/30/2020

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE